IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

v. Case No. 2:96-cr-62

Michael Connelly

Opinion and Order

This matter is before the Court on Defendant's letter request to obtain a copy of his presentence investigation report (PSR) and other case information. In response to the letter, the Clerk of Court provided a copy of the docket to Defendant. As to his request for the PSR, Defendant states that he would use it in connection with submitting a petition for commutation of sentence.

The Court has consulted with the U.S. Probation Office, and it is the Probation Office's policy to provide the PSR to the U.S. Department of Justice Office of the Pardon Attorney when a petition for commutation is submitted. The Court finds that this will satisfy the purpose for which Defendant has requested the PSR. The Court therefore denies the request for a copy of the PSR (Doc. 232) without prejudice to Defendant moving to obtain the PSR for another purpose.

Date: October 23, 2026

*s/ James L. Graham*
James L. Graham
United States District Judge